UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re:<br>Melissa Corson<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   14-42023<br><br>Chapter:  13<br>Honorable Deborah L. Thorne |

## ORDER MODIFYING DEBTOR'S PLAN POST-CONFIRMATION

THIS MATTER coming to be heard on the Debtor's MOTION TO MODIFY PLAN; the Court being advised in the premises; with due notice having been given to all parties in interest;

IT IS HEREBY ORDERED:

1. Debtor's current Chapter 13 Plan is modified post-confirmation to:

a) Defer the July 2016 trustee payment and the current trustee default to the end of the Plan;

b) Suspend the trustee payment for August 2016;

c) Debtor shall resume making the regular trustee payments in September 2016.

Enter:   *Deborah L. Thorne*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  July 25, 2016

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600